EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Creación de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2004 TSPR 142 <br><br> 162 DPR _____ |

Número del Caso: EC-2004-4

Fecha: 2 de septiembre de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Creación de la
Comisión para el Estudio y
Evaluación de la Función
Notarial en Puerto Rico          EC-2004-4

RESOLUCION

San Juan, Puerto Rico, a 2 de septiembre de 2004

En consideración a la importancia del ejercicio de la profesión notarial y su impacto en la profesión legal y en la ciudadanía en general, se determina la conveniencia de auscultar dicho ejercicio a lo largo de las diferentes regiones notariales de nuestro país. A tales fines, se crea una Comisión Especial para el Estudio y Evaluación de la Función Notarial en Puerto Rico a través de las trece regiones notariales existentes, con el propósito de recomendar cualesquiera cambios que se entiendan necesarios a la legislación y reglamentación, en específico, la Ley Notarial y su Reglamento y otras leyes relacionadas.

Por lo anterior, se crea una Comisión Especial compuesta por el Presidente del Consejo Notarial del Colegio de Abogados de Puerto Rico, Lcdo. Luis E. Colón Ramery; el Presidente de la Asociación de Notarios de Puerto Rico, Lcdo. Dennis D. Martínez Colón; la Directora de la Oficina de Inspección de Notarías, Lcda. Carmen H. Carlos; la Prof. Cándida Rosa Urrutia; el Lcdo. Francisco Vázquez Santoni; el Lcdo. José M. Biaggi Junquera; el Lcdo. Luis Mojica Sandoz; Lcda. Gloria Oppenheimer, Registradora de la Propiedad; Lorraine Riefkhol, Registradora de la Propiedad; Lcdo. Rafael Doitteau Cruz; el Lcdo. Enrique Godinez Morales; la Lcda. María Luisa B. Fuster y la Lcda. Helga L. Pérez Ríos.

Los miembros de esta Comisión deberán realizar una investigación exhaustiva sobre cómo varían las prácticas notariales en las distintas regiones y rendir un informe que integre hallazgos y recomendaciones para hacer efectivos los propósitos de la prestación eficiente de los servicios notariales y el poder inherente de este Tribunal para regular el notariado.

La Comisión estará adscrita al Secretariado de la Conferencia Judicial y Notarial de Puerto Rico y queda facultada por la presente para determinar su organización, procedimiento y funcionamiento interno, a los fines de cumplir con el propósito de su creación.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.


                                    Patricia Otón Olivieri
                              Secretaria del Tribunal Supremo